JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TORRUELLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1–25, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 10-00980 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANT |

　　　On December 22, 2010, the court entered an order granting the motion for summary judgment filed by defendant United Parcel Service, Inc. Accordingly,

　　　IT IS ORDERED AND ADJUDGED

　　　1. That plaintiff Edward Torruella takes nothing by way of his complaint against United Parcel Service, Inc.;

　　　2. That the action be, and it hereby is, dismissed; and

　　　3. That defendant recovers its costs of suit herein.

DATED: December 22, 2010

　　　　　　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE